# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SPENCER GRAHAM WINKLES

VERSUS

KRISTEN GRAHAM WINKLES

NO. 2026 CW 0389

**MARCH 30, 2026**

---

In Re:     Kristen Graham Winkles, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202517736.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include the affidavit required by Rule 4-4(A) of the Uniform Rules of Louisiana Courts of Appeal, failed to comply with Rule 4-4(B), and failed to include a copy of the judgment, order or ruling complained of, each pleading on which the judgment, order or ruling was founded, including the petition, a copy of any opposition and attachments thereto filed by a party in the trial court or a statement that no opposition was filed, a copy of pertinent court minutes and the file-stamped notice of intent and return date order, in violation of Rule 4-5(C)(6), (8), (9), (10) and (11) of the Uniform Rules of Louisiana Courts of Appeal. In addition, if an evidentiary hearing was held, this court requires a copy of the pertinent hearing transcript and a copy of all evidence admitted at the hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before April 29, 2026, and must contain a copy of this ruling.

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.